UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:

SHARON A. DEVRIES  CASE NO. GG-14-06329
12350 – 18 MILE ROAD  CHAPTER 13 PROCEEDING
GOWEN, MI  49326  FILED: 09/30/2014
 HONORABLE JOHN T. GREGG

DEBTOR(S)                                         __/

ORDER DENYING CONFIRMATION AND
DISMISSING CHAPTER 13 PROCEEDINGS

This matter came before the Court on November 26, 2014, on a hearing of Confirmation of the Debtor's Chapter 13 Plan, the Chapter 13 Trustee, by and through his attorney Elizabeth Clark having been present, and the Debtor's counsel having been present, the Debtor having not made any payments to the Plan, the Plan having a total arrears of $1,400.00, and based upon the reasons as stated on the record at November 26, 2014 Confirmation Hearing,

IT IS ORDERED AS FOLLOWS:

1. That Confirmation of the Debtor's Chapter 13 Plan is DENIED.

2. That these Chapter 13 Proceedings are hereby DISMISSED.

3. That all further stay of proceedings is hereby terminated.

4. That the Trustee shall file the final report and account.

5. These documents being filed electronically and certain creditors being registered participants in the system, this document in its entirety will be served upon certain registered creditors

electronically by the BNC and will be served in its entirety upon the Debtor by first-class ordinary mail by the Trustee.

6. That all Orders which have been entered, if any, requiring the employer of the Debtor(s) to submit monies to the Chapter 13 Trustee are hereby terminated as of the date of this Order.

Prepared by:
Brett N. Rodgers, Chapter 13 Trustee
50 Louis St. NW, Ste 700
Grand Rapids, MI  49503
(616) 454-9638

## END OF ORDER

Signed: December 2, 2014




John T. Gregg
United States Bankruptcy Judge